452 A.2d 1096

Murlatt v. Murlatt, Appellant.

Argued September 14, 1982. Samuel Leach Andes, for appellant; Floyd M. Baturin, for appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ. Order affirmed.

MONTEMURO, J., concurred in the result.

452 A.2d 1096

Tobin, Appellant v. Fred Astaire Dance Studio.

Argued November 4, 1981. Robert S. Robbins, for appellant; Rochelle Z. Hirsh, for appellee.

Before SPAETH, BECK and LIPEZ, JJ. Order affirmed.